IN THE SUPREME COURT OF THE STATE OF DELAWARE

CALEB RAVIN,[1] § 
 § No. 134, 2022
 Petitioner Below, § 
 Appellant, § Court Below—Family Court of
 § the State of Delaware
 v. § 
 § File No. CN12-06874
LYNN SPEARS, § Petition No. 21-16917
 § 
 Respondent, § 
 Appellee. § 

Submitted: July 12, 2022
Decided: July 27, 2022

## ORDER

It appears to the Court that, on May 19, 2022, the Court denied the appellant's motion to proceed *in forma pauperis*. The Senior Court Clerk directed the appellant to pay the filing fee by June 3, 2022, and warned him that a notice to show cause would issue if he did not pay the filing fee. After the appellant failed to pay the filing fee, the Senior Court Clerk issued a notice by certified mail on June 7, 2022, directing the appellant to show cause why his appeal should not be dismissed for his failure to pay the filing fee. Postal records show that notice to show cause was unclaimed and being returned to sender. On June 29, 2022, the Senior Court Clerk re-sent the notice to show cause by first-class mail. To date, the appellant has not

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

paid the filing fee or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/Gary F. Traynor*
Justice